**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KROLL, JEFFREY A | § | Case No. 08-73178 |
| KROLL, KRISTIN L | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/15/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  05/19/2011          By:  /s/BERNARD J. NATALE
                                     Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KROLL, JEFFREY A  § Case No. 08-73178
KROLL, KRISTIN L § 
 §
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 65,028.30 |
| *and approved disbursements of* | $ 3,153.54 |
| *leaving a balance on hand of* [1] | $ 61,874.76 |
| **Balance on hand:** | $ 61,874.76 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 61,874.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 6,410.12 | 0.00 | 6,410.12 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 3,992.00 | 0.00 | 3,992.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 103.90 | 0.00 | 103.90 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 10,506.02 |
| Remaining balance: | $ 51,368.74 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $           0.00
Remaining balance: $      51,368.74

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $77,713.85 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P | Illinois Department of Revenue | 2,739.00 | 0.00 | 1,810.48 |
| 12P | Wisconsin Dept. of Revenue | 30,026.39 | 0.00 | 19,847.40 |
| 13 | Internal Revenue Service | 28,715.15 | 0.00 | 18,980.67 |
| 14 | IL Dept. of Employment Security | 16,233.31 | 0.00 | 10,730.19 |

Total to be paid for priority claims: $      51,368.74
Remaining balance: $           0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 122,698.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 -2 | Sheet Metal Workers Nat'l Pen Fund | 19,209.70 | 0.00 | 0.00 |
| 3 -3 | Stabilization Agreement Sheet Metal | 23,518.67 | 0.00 | 0.00 |
| 4 | Chase Bank USA | 10,823.22 | 0.00 | 0.00 |
| 5 | Chase Bank USA | 17,333.98 | 0.00 | 0.00 |
| 6 | Chase Bank USA | 11,193.90 | 0.00 | 0.00 |
| 7U | Illinois Department of Revenue | 959.00 | 0.00 | 0.00 |
| 8 | Chase Bank USA,N.A | 395.18 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Target National Bank | 758.29 | 0.00 | 0.00 |
| 10 | FIA Card Services, NA/Bank of America | 20,281.73 | 0.00 | 0.00 |
| 11 | FIA Card Services, NA/Bank of America | 9,884.54 | 0.00 | 0.00 |
| 12U | Wisconsin Dept. of Revenue | 8,340.30 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                    Case No. 08-73178-MB
Jeffrey A Kroll                                                           Chapter 7
Kristin L Kroll
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 3              Date Rcvd: May 25, 2011
                              Form ID: pdf006             Total Noticed: 93


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2011.
db/jdb     +Jeffrey A Kroll,    Kristin L Kroll,    6515 Willow,    Spring Grove, IL 60081-8430
aty        +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,     6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
aty        +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
12974567   +All State Metal Fabricators,    365 Beinors Dr,    WoodDale, IL 60191-1222
12974568   +Ameritech,   POB 8100,    Aurora, IL 60507-8100
12662793   +Askounis & Borst,    180 North Steston Street, #3400,    Chicago, IL 60601-6740
12662794   +Atlantic Credit & Finance,    c/o Blitt & Gaines,    661 Glenn Ave.,    Wheeling, IL 60090-6017
12974569   +Bank of America,    c/o West Asset Mgmt,    POB 105761,   Atlanta, GA 30348-5761
12662796   +Bank of America,    c/o FMA Alliance,    11811 N. Freeway, #900,    Houston, TX 77060-3292
12662795    Bank of America,    4060 Ogleton Stan,    Maile Code DES-019,    Newark, DE 19713
12974570   +Blue Book Building & Construction,     POB 48439,   Minneapolis, MN 55448-0439
13015637   +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
14361487    CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE   19850-5145
12662805   +Capital One,    c/o United Recovery Systems,    5800 N. Course Drive,    Houston, TX 77072-1613
12662797   +Capital One,    1957 Westmoreland,    Richmond, VA 23230-3225
12662801    Capital One,    c/o TSYS Total Debt Mgmt.,    Post Office Box 6700,    Norcross, GA 30091-6700
12662803   +Capital One,    c/o First Source,    205 Bryant Woods South,    Amherst, NY 14228-3609
12662800   +Capital One,    c/o Allied Interstate,    3000 Corporate Exchange Dr., 5th Fl,
             Columbus, OH 43231-7723
12662804   +Capital One,    c/o James West,    6380 Rogerdale Rd., #130,    Houston, TX 77072-1647
12662802   +Capital One,    c/o Atlantic Credit & Finance,    Post Office Box 13386,    Roanoke, VA 24033-3386
12662799    Capital One,    c/o Law Office of Jon P. Frye,    Post Office Box 13665,    Roanoke, VA 24036-3665
12662798   +Capital One,    c/o Blatt, Hasenmiller, et al,    125 S. Wacker Dr., #400,    Chicago, IL 60606-4440
12662806   +Chase,   800 Brooksedge Blvd.,    Westerville, OH 43081-2822
12974571   +Chase,   c/o IC Systems,    444 Hwy 96 Box 64887,    St Paul, MN 55127-2557
12662807   +Chase,   c/o Sarah Faulkner, Attorney,     131 S. Dearborn Str, 5th Fl.,    Chicago, IL 60603-5571
13037264    Chase Bank USA,N.A,    P O Box 15145,    Wilmington, De 19850-5145
12974572   +Chicago Furnace,    POB 648,   Lisla, IL 60532-0648
12662809    Citibank,   Post Office Box 15109,    Wilmington, DE 19850-5109
12662810    Citibank,   c/o Academy Collection Serv.,    10965 Decatur Rd.,    Philadelphia, PA 19154-3210
12662811   +Citibank,   c/o Northland Group,    Post Office Box 390905,    Edina, MN 55439-0905
12974573   +Columbia Agency,    POB 39,   New Lenox, IL 60451-0039
12974574   +Copper Craft by Fabrai Martri Sup,     c/o Newton Assoc,   POB 8510,    Metairie, LA 70011-8510
12974575   +Emil Marunde,    W9188 Sawmill RD,    Blanchardville, WI 53516-9603
12974576   +Englert Inc,    1221 E 56th Ave,    Denver, CO 80216-1536
12974577    Federal Express,    POB 1140 Dept A,    Memphis, TN 38101
12974578   +Federal Express,    c/o North Shore Agency,    751 Summa Ave,    Westbury, NY 11590-5010
12662812   +Harris Bank,    Attention: John Nohr,    111 W. Monroe Street, 12W,    Chicago, IL 60603-4096
12662813   +Harris Bank,    c/o Chapman & Cutler,    Post Office Box 71291,    Chicago, IL 60694-1291
12974580   +Home Pages,    c/o Liqui Debt,    29W110 Butterfield Rd,    Warrenville, IL 60555-2834
12974579   +Home Pages,    POB 801,   DeKalb, IL 60115-0801
14980681    IL Dept. of Employment Security,     Benefit Repayments,    Post Office Box 4385,
             Chicago, IL 60680-4385
12662814    IL Dept. of Revenue,    Bankruptcy Section,    Post Office Box 64338,    Chicago, IL 60664-0338
13026348   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,      Bankruptcy Section,
             100 West Randolph Street   Level 7-425,    Chicago, Illinois 60601)
12662816   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,      230 S. Dearborn Street,    STOP 5010 CHI,
             Chicago, IL 60604)
12662815    Ill. Dept of Employment Security,    Benefit Repayments,     P.O. Box 4385,    Chicago, IL 60680-4385
12974581   +Installation Plus,    4700 N 129th St,    Butler, WI 53007-1652
12974582    James Hamlin & Co,    155 Main St,    Antioch, IL 60002
12662817   +Kimberly D. Berg,    c/o Ericksen, Poell, et al,    415 Washington Street, #203,
             Waukegan, IL 60085-5564
12974584    Lift Works Inc,    1202 W Hawthorne Lane,    West Chicago, IL 60185
12974585   +Local Union 218,    c/o Brit, Swole, Cavanagh & O'Hara,     407 E Adams St Box 5043,
             Sprinfield, IL 62701-1404
12662819    MBNA,   P.O. Box 15286,    Wilmington, DE 19886-5286
12662820   +MBNA,   c/o United Collection Bureau,    5620 Southwyck Blvd., #206,     Toledo, OH 43614-1501
12662821   +MBNA,   c/o Creditors Interchange,    80 Holz Dr.,    Buffalo, NY 14225-1470
12974586   +McElroy,    c/o Fulbright & Assoc,    POB 1510,   Rockford, IL 61110-0010
12662822    McElroy Metal Inc.,    c/o Fulbright & Assoc.,    Post Office Box 1510,    Rockford, IL 61110-0010
12974587   +McElroy Metal Supplier,    POB 1148,    Shreveport, LA 71163-1148
12662823   +Metrolift, Inc.,    c/o Mark Gryska,    1793 Bloomingdale Rd.,    Glendale Heights, IL 60139-3800
12974588   +National Benefits Fund,    National Benefits Union,    POB 79321,    Baltimore, MD 21279-0321
12974591    Petro Max,    251 Rt 12,    Spring Grove, IL 60081
12974593   +Pro Fastening Systems,    c/o NCO Financial Systems,    507 Prudential Rd,    Horsham, PA 19044-2308
```

```
District/off: 0752-3          User: vgossett              Page 2 of 3              Date Rcvd: May 25, 2011
                              Form ID: pdf006             Total Noticed: 93


12974592      +Pro Fastening Systems,    44 E University Dr,   Arlington Heights, IL 60004-1802
12662824      +R. Schwab Trust,    1061 Oak Spring Lane,    Libertyville, IL 60048-1613
12974594      +Rain Trade Co,    19 Skokie Valley Rd,    Lake Bluff, IL 60044-1816
13021162      +SASMI,    Dawn M. Costa, Esq.,    510 Walnut St. 16 fl,    Phila., PA 19106-3619
12662826     ++SPRINT NEXTEL CORRESPONDENCE,     ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                OVERLAND PARK KS 66207-0949
              (address filed with court: Sprint PCS,     P.O. Box 660092,    Dallas, TX 75266)
12662825      +Sheet Metal Industry Trust Fund,     c/o Daniel E. Wiesch, Attorney,    500 Coventry Ln, #205,
                Crystal Lake, IL 60014-7555
12974596      +Sheet Metal Workers Local Union,     c/o Atty Catherine Chapman,    200 W Adams St #2200,
                Chicago, IL 60606-5231
12974595      +Sheet Metal Workers Local Union,     205 Alexandra Way,    Carol Stream, IL 60188-2080
12716158      +Sheet Metal Workers National Funds,     c/o Dawn M Costa,    The Penn Mutual Towers, 16th Floor,
                510 Walnut Street,    Philadelphia PA 19106-3619
12720826      +Sheet Metal Workers National Pension Fund,     c/o Dawn M. Costa, Esquire,
                510 Walnut St., 16th Fl.,    Philadelphia, PA 19106-3619
12720872       Stabilizatin Agreement/Sheet Metal,     Ind. Trust Fund c/o Dawn M. Costa, Esq.,
                150 Walnut St., 16th Fl.,    Philadelphia, PA  19106
12720969      +Stabilization Agreement Sheet Metal,     c/o Dawn M. Costa, Esq.,    510 Walnut St., 16th Fl.,
                Philadelphia, PA 19106-3619
12720934      +Stabilization Agreement/ Sheet Metal,     c/o Dawn M. Costa, Esq.,    510 Walnut St., 16th Fl.,
                Phila., PA 19106-3619
12720931      +Stabilization Agreement/Sheet,    Metal Ind. Trust c/o D. Costa, Esq.,    510 Walnut St., 16th FL.,
                Phila., PA 19106-3619
12662827      +State Bank of the Lakes,    440 Lake Street,    Antioch, IL 60002-1478
12974597      +Stevenson Crane Lift Co,    410 Stevenson Dr,    Bolingbrook, IL 60440-3094
13043389      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
12662828      +Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
12662829      +Time Savers, Inc.,    c/o Teller, Levit & Silvertrust,    11 E. Adams Street, #800,
                Chicago, IL 60603-6324
12974598      +Timesavers Lift Co,    835 Industrial Dr,    Elmhurst, IL 60126-1107
12662830       Travelers,    National Property Recovery Center,    Post Office Box 2954,
                Milwaukee, WI 53201-2954
12974601      +WEst Bend Mutual,    1900 S 18th Ave,    West Bend, WI 53095-9791
12974600      +Waste Management,    c/o RMS Collection,    4836 Breckville Rd Box 509,    Richfield, OH 44286-9177
12662831      +Watts & Assoc.,    103 N. 11th Avenue, #2P,    Saint Charles, IL 60174-2278
12662832      +Wells Fargo Home Mortgage,    3476 Stateview Blvd.,    Ft. Mill, SC 29715-7203
12974602      +West Bend Mutual,    c/o Jason Lauschin,    20600 Chargrin Blvd #550,
                Shaker Heights, OH 44122-5340
12662833       Wisconsin Dept. of Revenue,    Special Procedures Unit,    P O Box 8901,    Madison, WI 53708-8901
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12662808      +Fax: 602-221-4614 May 25 2011 23:12:15      Chase Automotive Finance,    P.O. Box 15594,
                Wilmington, DE 19886-0001
13571024       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 25 2011 23:52:32
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
12662818       E-mail/PDF: cr-bankruptcy@kohls.com May 26 2011 00:13:18      Kohl’s,    Attn: Bankruptcy Dept.,
                P.O. BOX 3083,    Milwaukee, WI 53201-3083
12974589      +E-mail/Text: bankrup@nicor.com May 25 2011 23:04:07      Nicor,    Bk Dept,   POB 549,
                Aurora, IL 60507-0549
12974590      +E-mail/Text: bankrup@nicor.com May 25 2011 23:04:07      Nicor,    c/o David E Gordon,    POB 585,
                Aurora, IL 60507-0585
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
                Rockford, IL 61108-2582
14361506*      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
14361522*      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
12720956*     +Stabilization Agreement /Sheet Metal,    c/o Dawn M. Costa, Esq.,    510 Walnut St., 16th Fl.,
                Phila., PA 19106-3619
12720938*     +Stabilization Agreement/Sheet Metal,    c/o Dawn M. Costa, Esq.,    510 Walnut St., 16th Fl.,
                Phila., PA 19106-3619
12974583     ##+K & R Christopher Inc,    216 Prairie St,    Elgin, IL 60120-6534
12974599     ##+Waste Management,    13125 N SEcond St,    Roscoe, IL 61073-8227
                                                                                              TOTALS: 0, * 5, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3           User: vgossett              Page 3 of 3              Date Rcvd: May 25, 2011
                               Form ID: pdf006             Total Noticed: 93
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 27, 2011**    **Signature:** _/s/ Joseph Speetjens_