# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 08-73178  
**Debtor Name:** KROLL, JEFFREY A  

Page: 1

**Date:** June 15, 2011  
**Time:** 01:40:10 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $61,818.05 |
| | BERNARD J. NATALE | Admin Ch. 7 | 6,410.12 | 0.00 | 6,410.12 | 6,410.12 | 55,407.93 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 103.90 | 0.00 | 103.90 | 103.90 | 55,304.03 |
| ACCT | WPFLI LLP | Admin Ch. 7 | 1,276.20 | 1,276.20 | 0.00 | 0.00 | 55,304.03 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 3,992.00 | 0.00 | 3,992.00 | 3,992.00 | 51,312.03 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 11,782.22 | 1,276.20 | 10,506.02 | 10,506.02 | |
| 7P | Illinois Department of Revenue | Priority | 2,739.00 | 0.00 | 2,739.00 | 1,808.49 | 49,503.54 |
| 12P | Wisconsin Dept. of Revenue | Priority | 30,026.39 | 0.00 | 30,026.39 | 19,825.48 | 29,678.06 |
| 13 | Internal Revenue Service | Priority | 28,715.15 | 0.00 | 28,715.15 | 18,959.71 | 10,718.35 |
| 14 | IL Dept. of Employment Security | Priority | 16,233.31 | 0.00 | 16,233.31 | 10,718.35 | 0.00 |
| | SUBTOTAL FOR | PRIORITY | 77,713.85 | 0.00 | 77,713.85 | 51,312.03 | |
| 1 | State Bank of the Lakes | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| EXEMPT | Kristin Kroll | Secured | 1,826.00 | 1,826.00 | 0.00 | 0.00 | 0.00 |
| | SUBTOTAL FOR | SECURED | 1,826.00 | 1,826.00 | 0.00 | 0.00 | |
| 2 -2 | Sheet Metal Workers Nat'l Pen Fund | Unsecured | 19,209.70 | 0.00 | 19,209.70 | 0.00 | 0.00 |
| 3 -3 | Stabilization Agreement Sheet Metal | Unsecured | 23,518.67 | 0.00 | 23,518.67 | 0.00 | 0.00 |
| 4 | Chase Bank USA | Unsecured | 10,823.22 | 0.00 | 10,823.22 | 0.00 | 0.00 |
| 5 | Chase Bank USA | Unsecured | 17,333.98 | 0.00 | 17,333.98 | 0.00 | 0.00 |
| 6 | Chase Bank USA | Unsecured | 11,193.90 | 0.00 | 11,193.90 | 0.00 | 0.00 |
| 7U | Illinois Department of Revenue | Unsecured | 959.00 | 0.00 | 959.00 | 0.00 | 0.00 |
| 8 | Chase Bank USA,N.A | Unsecured | 395.18 | 0.00 | 395.18 | 0.00 | 0.00 |
| 9 | Target National Bank | Unsecured | 758.29 | 0.00 | 758.29 | 0.00 | 0.00 |
| 10 | FIA Card Services, NA/Bank of America | Unsecured | 20,281.73 | 0.00 | 20,281.73 | 0.00 | 0.00 |
| 11 | FIA Card Services, NA/Bank of America | Unsecured | 9,884.54 | 0.00 | 9,884.54 | 0.00 | 0.00 |
| 12U | Wisconsin Dept. of Revenue | Unsecured | 8,340.30 | 0.00 | 8,340.30 | 0.00 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 122,698.51 | 0.00 | 122,698.51 | 0.00 | |
| **<< Totals >>** | | | 214,020.58 | 3,102.20 | 210,918.38 | 61,818.05 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**            100.000000%  
**Priority**                                  66.026879%  
**Secured**                             100.000000%  
**Unsecured**                            0.000000%