## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: KROLL, JEFFREY A § Case No. 08-73178
      KROLL, KRISTIN L § 
       §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $251,224.00 *(without deducting any secured claims)* | Assets Exempt: $88,755.00 |
| Total Distribution to Claimants: $51,312.03 | Claims Discharged Without Payment: $509,843.62 |
| Total Expenses of Administration: $11,892.08 | |

    3) Total gross receipts of $ 65,030.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,826.00 (see **Exhibit 2**), yielded net receipts of $63,204.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $168,141.65 | $1,472.60 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,892.08 | 11,892.08 | 11,892.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 28,239.37 | 77,713.85 | 77,713.85 | 51,312.03 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 482,887.05 | 122,698.51 | 122,698.51 | 0.00 |
| **TOTAL DISBURSEMENTS** | $679,268.07 | $213,777.04 | $212,304.44 | $63,204.11 |

4) This case was originally filed under Chapter 7 on September 30, 2008. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2011           By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3.125% interest in Schwaab Family Ltd Partnershi | 1129-000 | 5,000.00 |
| Interest in 85.5 acre parcel of Schwaab Family L | 1129-000 | 20,400.00 |
| Interst in 82.82 acre parcel of Schwaab Family L | 1129-000 | 4,200.00 |
| Interest in Schwaab Family Ltd. Partnership secu | 1129-000 | 35,400.00 |
| Interest Income | 1270-000 | 30.11 |
| **TOTAL GROSS RECEIPTS** | | **$65,030.11** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kristin Kroll | Debtor's Exemption | 8100-002 | 1,826.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,826.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | State Bank of the Lakes | 4110-000 | 2,751.00 | 1,472.60 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 64,260.00 | N/A | N/A | 0.00 |
| NOTFILED | R. Schwab Trust | 4110-000 | 76,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Automotive Finance | 4110-000 | 9,035.00 | N/A | N/A | 0.00 |
| NOTFILED | McElroy Metal Inc. c/o Fulbright & Assoc. | 4110-000 | 16,095.65 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$168,141.65** | **$1,472.60** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 6,410.12 | 6,410.12 | 6,410.12 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 103.90 | 103.90 | 103.90 |
| WPFLI LLP | 3410-000 | N/A | 1,276.20 | 1,276.20 | 1,276.20 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,992.00 | 3,992.00 | 3,992.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 51.34 | 51.34 | 51.34 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 58.52 | 58.52 | 58.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 11,892.08 | 11,892.08 | 11,892.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Illinois Department of Revenue | 5800-000 | N/A | 2,739.00 | 2,739.00 | 1,808.49 |
| 12P | Wisconsin Dept. of Revenue | 5800-000 | N/A | 30,026.39 | 30,026.39 | 19,825.48 |
| 13 | Internal Revenue Service | 5800-000 | 12,006.06 | 28,715.15 | 28,715.15 | 18,959.71 |
| 14 | IL Dept. of Employment Security | 5800-000 | 16,233.31 | 16,233.31 | 16,233.31 | 10,718.35 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 28,239.37 | 77,713.85 | 77,713.85 | 51,312.03 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 2 -2 | Sheet Metal Workers Nat'l Pen Fund | 7100-000 | 31,112.93 | 19,209.70 | 19,209.70 | 0.00 |
| 3 -3 | Stabilization Agreement Sheet Metal | 7100-000 | N/A | 23,518.67 | 23,518.67 | 0.00 |
| 4 | Chase Bank USA | 7100-000 | 10,823.22 | 10,823.22 | 10,823.22 | 0.00 |
| 5 | Chase Bank USA | 7100-000 | 17,333.98 | 17,333.98 | 17,333.98 | 0.00 |
| 6 | Chase Bank USA | 7100-000 | 11,193.90 | 11,193.90 | 11,193.90 | 0.00 |
| 7U | Illinois Department of Revenue | 7100-000 | N/A | 959.00 | 959.00 | 0.00 |
| 8 | Chase Bank USA,N.A | 7100-000 | N/A | 395.18 | 395.18 | 0.00 |
| 9 | Target National Bank | 7100-000 | 556.00 | 758.29 | 758.29 | 0.00 |
| 10 | FIA Card Services, NA/Bank of America | 7100-000 | 20,367.00 | 20,281.73 | 20,281.73 | 0.00 |
| 11 | FIA Card Services, NA/Bank of America | 7100-000 | 9,884.00 | 9,884.54 | 9,884.54 | 0.00 |
| 12U | Wisconsin Dept. of Revenue | 7100-000 | 9,741.31 | 8,340.30 | 8,340.30 | 0.00 |
| NOTFILED | Capital One c/o Atlantic Credit & Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o First Source | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank c/o Northland Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o James West | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 11,794.95 | N/A | N/A | 0.00 |
| NOTFILED | Citibank c/o Academy Collection Serv. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o United Recovery Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase c/o Sarah Faulkner, Attorney | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Time Savers, Inc. c/o Teller, Levit & Silvertrust | 7100-000 | 12,859.30 | N/A | N/A | 0.00 |
| NOTFILED | MBNA | 7100-000 | 8,681.01 | N/A | N/A | 0.00 |
| NOTFILED | MBNA c/o United Collection Bureau | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MBNA | 7100-000 | 19,206.91 | N/A | N/A | 0.00 |
| NOTFILED | MBNA | 7100-000 | 25,846.83 | N/A | N/A | 0.00 |
| NOTFILED | MBNA c/o Creditors Interchange | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kimberly D. Berg c/o Ericksen, Poell, et al | 7100-000 | 230,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 339.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o TSYS Total Debt Mgmt. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint PCS | 7100-000 | 759.19 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Metrolift, Inc. c/o Mark Gryska | 7100-000 | 15,928.71 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank c/o Chapman & Cutler | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America c/o FMA Alliance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o Law Office of Jon P. Frye | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o Allied Interstate | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,032.03 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,362.97 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 12,892.67 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o Blatt, Hasenmiller, et al | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Askounis & Borst | 7100-000 | 27,830.86 | N/A | N/A | 0.00 |
| NOTFILED | Atlantic Credit & Finance c/o Blitt & Gaines | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,340.28 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 482,887.05 | 122,698.51 | 122,698.51 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73178  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** KROLL, JEFFREY A  **Filed (f) or Converted (c):** 09/30/08 (f)
KROLL, KRISTIN L  **§341(a) Meeting Date:** 10/30/08
**Period Ending:** 12/07/11  **Claims Bar Date:** 03/11/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 6515 Willow, Spring Grove, IL | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-State Bank of the Lakes | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account-State Bank of the Lakes | 9.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous household goods & furnisings-debto | 2,755.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous books & pictures-debtors' possessi | 10.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel-debtors' possession | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous jewelry-debtors' possession | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 8 | SM Pension | 39,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 403(B) | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 3.125% interest in Schwaab Family Ltd Partnershi | 9,046.00 | 9,046.00 | | 5,000.00 | FA |
| 11 | Interest in 85.5 acre parcel of Schwaab Family L | 44,906.00 | 44,906.00 | | 20,400.00 | FA |
| 12 | Interst in 82.82 acre parcel of Schwaab Family L | 10,542.00 | 10,542.00 | | 4,200.00 | FA |
| 13 | Interest in Schwaab Family Ltd. Partnership secu | 78,683.00 | 76,857.00 | | 35,400.00 | FA |
| 14 | 1998 Ford Expedition; 170,000 miles | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2002 Ford F250 pickup truck subject to lien of C | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1989 IMP 25' boat w/trailer subject to lien of S | 5,000.00 | 1,349.00 | DA | 0.00 | FA |
| 17 | 1989 Cajun Bass Boat w/trailer | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 30.11 | FA |
| 18 | Assets Totals (Excluding unknown values) | $394,401.00 | $142,700.00 | | $65,030.11 | $0.00 |

**Major Activities Affecting Case Closing:**

TAX RETURNS FILED, WAITING FOR PROMPT DETERMINATION.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011    **Current Projected Date Of Final Report (TFR):**    May 19, 2011  (Actual)

Printed: 12/07/2011 02:15 PM    V.12.57

Case 08-73178   Doc 53   Filed 12/20/11   Entered 12/20/11 10:44:38   Desc Main
Document      Page 8 of 10

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 08-73178 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | KROLL, JEFFREY A | | **Bank Name:** | The Bank of New York Mellon |
| | KROLL, KRISTIN L | | **Account:** | 9200-******95-65 - Money Market Account |
| **Taxpayer ID #:** | **-***8814 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 12/07/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/10 | | Robert W. Baird & Co., Inc. | Pymt for Acreage & Shares of Ltd Family Partnership | | 65,000.00 | | 65,000.00 |
| | {10} | | 5,000.00 | 1129-000 | | | 65,000.00 |
| | {11} | | 20,400.00 | 1129-000 | | | 65,000.00 |
| | {12} | | 4,200.00 | 1129-000 | | | 65,000.00 |
| | {13} | | 35,400.00 | 1129-000 | | | 65,000.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 65,000.12 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.86 | | 65,003.98 |
| 06/03/10 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #08-73178, BOND #016018067 | 2300-000 | | 51.34 | 64,952.64 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.74 | | 64,956.38 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.86 | | 64,960.24 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.86 | | 64,964.10 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.60 | | 64,965.70 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.65 | | 64,967.35 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.60 | | 64,968.95 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.65 | | 64,970.60 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.65 | | 64,972.25 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.49 | | 64,973.74 |
| 03/18/11 | 1002 | WPFLI LLP | Ref # INV 551773/CLIENT #109782 | 3410-000 | | 1,276.20 | 63,697.54 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.65 | | 63,699.19 |
| 04/18/11 | 1003 | Kristin Kroll | Debtor's Exemption | 8100-002 | | 1,826.00 | 61,873.19 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.57 | | 61,874.76 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.58 | | 61,876.34 |
| 06/02/11 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #08-73178, BOND #016018067 | 2300-000 | | 58.52 | 61,817.82 |
| 06/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.23 | | 61,818.05 |
| 06/14/11 | | To Account #9200******9566 | Close Account for Final Distribution | 9999-000 | | 61,818.05 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 65,030.11 | 65,030.11 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 61,818.05 | |
| | | | **Subtotal** | | 65,030.11 | 3,212.06 | |
| | | | Less: Payments to Debtors | | | 1,826.00 | |
| | | | **NET Receipts / Disbursements** | | **$65,030.11** | **$1,386.06** | |

{} Asset reference(s)

Printed: 12/07/2011 02:15 PM   V.12.57

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 08-73178  
**Case Name:** KROLL, JEFFREY A  
KROLL, KRISTIN L  
**Taxpayer ID #:** **-***8814  
**Period Ending:** 12/07/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******95-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/14/11 | | From Account #9200******9565 | Close Account for Final Distribution | 9999-000 | 61,818.05 | | 61,818.05 |
| 06/16/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $6,410.12, Trustee Compensation; Reference: | 2100-000 | | 6,410.12 | 55,407.93 |
| 06/16/11 | 102 | Illinois Department of Revenue | Distribution paid 66.02% on $2,739.00; Claim# 7P; Filed: $2,739.00; Reference: | 5800-000 | | 1,808.49 | 53,599.44 |
| 06/16/11 | 103 | Wisconsin Dept. of Revenue | Distribution paid 66.02% on $30,026.39; Claim# 12P; Filed: $30,026.39; Reference: | 5800-000 | | 19,825.48 | 33,773.96 |
| 06/16/11 | 104 | Internal Revenue Service | Distribution paid 66.02% on $28,715.15; Claim# 13; Filed: $28,715.15; Reference: Stopped on 09/22/11 | 5800-004 | | 18,959.71 | 14,814.25 |
| 06/16/11 | 105 | IL Dept. of Employment Security | Distribution paid 66.02% on $16,233.31; Claim# 14; Filed: $16,233.31; Reference: | 5800-000 | | 10,718.35 | 4,095.90 |
| 06/16/11 | 106 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 4,095.90 | 0.00 |
| | | | Dividend paid 100.00%   3,992.00 on $3,992.00;  Claim# ATTY; Filed: $3,992.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%   103.90 on $103.90;  Claim# EXP; Filed: $103.90 | 3120-000 | | | 0.00 |
| 09/22/11 | 104 | Internal Revenue Service | Distribution paid 66.02% on $28,715.15; Claim# 13; Filed: $28,715.15; Reference: Stopped: check issued on 06/16/11 | 5800-004 | | -18,959.71 | 18,959.71 |
| 09/29/11 | 107 | Internal Revenue Service | 66.02% Distribution for Claim of $28,715.15 on taxes for #36-4326307 | 5800-000 | | 18,959.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 61,818.05 | 61,818.05 | $0.00 |
| | | | Less: Bank Transfers | | 61,818.05 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 61,818.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$61,818.05** | |

{} Asset reference(s)

Printed: 12/07/2011 02:15 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-73178  
**Case Name:** KROLL, JEFFREY A  
KROLL, KRISTIN L  
**Taxpayer ID #:** **-***8814  
**Period Ending:** 12/07/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******95-66 - Checking Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******95-65** | 65,030.11 | 1,386.06 | 0.00 |
| **Checking # 9200-******95-66** | 0.00 | 61,818.05 | 0.00 |
| | $65,030.11 | $63,204.11 | $0.00 |